22 A.3d 189

**Natalie COTTETA, Respondent**

v.

**SIEMANS MEDICAL SOLUTIONS USA, INC., Petitioner.**

**No. 159 EM 2010.**

Supreme Court of Pennsylvania.

March 4, 2011.

## *ORDER*

**PER CURIAM.**

**AND NOW,** this 4th day of March, 2011, the "Petition for Allowance of Appeal," treated as a Petition for Permission to Appeal, is **DENIED.**

22 A.3d 189

**Vincent A. MAPP, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 142 EM 2010.**

Supreme Court of Pennsylvania.

March 9, 2011.

## *ORDER*

**PER CURIAM.**

**AND NOW,** this 9th day of March, 2011, the Petition for Review is **DENIED.**